Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherwin David Partowashraf, <br><br> Plaintiff, <br> v. <br><br> Ifood Management Inc. dba Hummus Bar & Grill, <br><br> Defendant. | Case No. 2:23-cv-00942-MWF-MAA <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to the Court's Order at ECF 18, Sherwin David Partowashraf ("Plaintiff") and Ifood Management Inc. dba Hummus Bar & Grill ("Defendant") present the following Joint Status Report Regarding Settlement. The parties held a mediation on November 29, 2023. The case did not settle.

Dated: December 13, 2023                Law Office of Rick Morin, PC

                                        *[signature]*
                                        _____
                                        Richard Morin
                                        Attorney for Plaintiff

Dated: December 13, 2023          Law Office of Albert Chang

/s/ Hector Hsu
_____
Hyunsuk Albert Chang
Hector Hsu
Attorneys for Defendant

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: December 13, 2023          Law Office of Rick Morin, PC

_____
Richard Morin
Attorney for Plaintiff