Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherwin David Partowashraf,<br><br>    Plaintiff,<br>    v.<br><br>Ifood Management dba Hummus Bar & Grill,<br><br>    Defendant. | Case No. 2:23-cv-00942-MWF-MAA<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff Sherwin David Partowashraf and Defendant Ifood Management dba Hummus Bar & Grill hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: March 11, 2024

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff

| | |
|---|---|
| Dated: March 11, 2024 | Law Office of Albert Chang |
| | /s/ Hyunsuk Albert Chang |
| | By: Hyunsuk Albert Chang |
| | Attorney for Defendant |

**SIGNATURE ATTESTATION**

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

| | |
|---|---|
| Dated: March 11, 2024 | Law Office of Rick Morin, PC |
| | _____ |
| | Richard Morin |
| | Attorney for Plaintiff |